STEVEN PARK (State Bar No. 215219)
spark@kslaw.com
KING & SPALDING LLP
333 S. Grand Avenue, Suite 4200
Los Angeles, CA  90071
Telephone:  (213) 443-4355
Facsimile:  (213) 443-4310

*see signature page for complete list of counsel.*

*Attorneys for Defendant*
STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NETWORK SIGNATURES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | Case No.: SACV 11-00982-JVS (RNBx)<br><br>**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  May 14, 2012<br>Time:  1:30 p.m.<br>Ctrm:  10-A<br>Judge:  Honorable James V. Selna<br><br>Date Action Filed:  June 30, 2011 |

NOTICE OF MOTION FOR
SUMMARY JUDGMENT

CASE NO. SACV 11-00982- JVS

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Counter-Claimant, | |
| v. | |
| NETWORK SIGNATURES, INC., a California corporation, | |
| Counter-Defendant. | |

TO PLAINTIFFS AND COUNTER DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 14, 2012 at 1:30 p.m. in Courtroom 10-A of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, California, 92701, defendant and counter claimant State Farm Mutual Automobile Insurance Company ("State Farm") will and does hereby move for summary judgment as to the claims of plaintiff Network Signatures, Inc. ("Plaintiff") and on its unenforceability counterclaim.

This motion will be made pursuant to Federal Rule of Civil Procedure 56 on the ground that there is no triable issue of material fact and that State Farm is entitled to summary judgment as a matter of law as to the following issue:

1. U.S. Patent No. 5,511,122 is unenforceable on the grounds of inequitable conduct.

This motion will be based on this Notice of Motion, State Farms' Memorandum of Points and Authorities in Support of its Motion for Summary Judgment as to Unenforceability, the Declaration of William Beard in Support of State Farms' motion and the documents and records attached thereto, any oral argument that may be presented at the hearing on this motion and any other matter that the Court deems appropriate.

NOTICE OF MOTION FOR
SUMMARY JUDGMENT

CASE NO. SACV 11-00982-JVS

Dated:  April 16, 2012

Respectfully submitted,

  / s / William Beard
STEVEN PARK (State Bar No. 215219)
spark@kslaw.com
KING & SPALDING LLP
333 S. Grand Avenue, Suite 4200
Los Angeles, CA  90071
Telephone:  (213) 867-2655
Facsimile:  (213) 626-2146

R. WILLIAM BEARD, JR. (*pro hac vice*)
wbeard@kslaw.com
KING & SPALDING LLP
401 Congress Avenue, Suite 3200
Austin, TX  78701
Telephone:  (512) 457-2026
Facsimile:  (512) 457-02100
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

**CERTIFICATE OF CONFERENCE**

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which first took place on March 29, 2012.

　　　　　　　　　　　　　　　　　　　　　　　_/ s / William Beard_
　　　　　　　　　　　　　　　　　　　　　　　R. William Beard, Jr.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 16, 2012, a true and correct copy of Defendant's Notice of Motion and Motion for Summary Judgment was served on counsel via the Court's CM/ECF system, as follows.

>Nathaniel L. Dilger (Bar No. 196203)
>email: ndilger@onellp.com
>Peter R. Afrasiabi (Bar No. 193336)
>email: pafrasiabi@onellp.com
>**ONE LLP**
>4000 MacArthur Boulevard
>West Tower, Suite 1100
>Newport Beach, California 92660
>Telephone:   (949) 502-2870
>Facsimile:   (949) 258-5081
>
>Attorneys for Plaintiff,
>NETWORK SIGNATURES, INC.

  _/ s / William Beard_
  R. William Beard, Jr.

---

NOTICE OF MOTION FOR
SUMMARY JUDGMENT

4

CASE NO. SACV 11-00982-JVS