1  STEVEN PARK (State Bar No. 215219)
   spark@kslaw.com
2  KING & SPALDING LLP
3  333 S. Grand Avenue, Suite 4200
   Los Angeles, CA  90071
4  Telephone:  (213) 443-4355
5  Facsimile:  (213) 443-4310

6
   *see signature page for complete list of counsel.*
7
   *Attorneys for Defendant*
8  STATE FARM MUTUAL
9  AUTOMOBILE INSURANCE COMPANY

10
              **IN THE UNITED STATES DISTRICT COURT**
11
           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
12
                        **SOUTHERN DIVISION**
13

14

| NETWORK SIGNATURES, INC., a California corporation, | Case No.: SACV 11-00982-JVS (RNBx) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT PURSUANT TO RULE 54(b)** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| | Judge:  Honorable James V. Selna |
| Defendant. | Date Action Filed:  June 30, 2011 |

CASE NO. SACV 11-00982- JVS (RNBx)

| | |
|---|---|
| 1 | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, |
| 2 | |
| 3 | |
| 4 | Counter-Claimant, v. |
| 5 | |
| 6 | NETWORK SIGNATURES, INC., a California corporation, |
| 7 | |
| 8 | Counter-Defendant. |

This Court enters final judgment pursuant to Federal Rules of Civil Procedure 54(b) in this action.

IT IS HEREBY ORDERED:

1. On Plaintiff Network Signatures, Inc.'s ("Network Signatures") First Claim For Relief for direct, contributory and inducing infringement of U.S. Patent No. 5,511,122, judgment is entered in favor of Defendant State Farm Mutual Automobile Insurance Company ("State Farm") as ordered in this Court's June 13, 2012, Order [Docket No. 51]; Plaintiff Network Signatures' Prayer for Relief is denied in its entirety;

2. On Counter-Plaintiff State Farm's First Counterclaim for declaratory judgment of non-infringement, the counterclaim is moot and dismissed without prejudice as a result of the determination of unenforceability, so as to be preserved in the event the determination of unenforceability in favor of State Farm is reversed, vacated, or otherwise altered (*See Liquid Dynamics Corp. v. Vaughn Co., Inc.*, 355 F.3d 1361, 1370-71 (Fed. Cir. 2004));

3. On Counter-Plaintiff State Farm's Second Counterclaim for declaratory judgment of invalidity, the counterclaim is moot and dismissed without prejudice as a result of the determination of unenforceability, so as to be preserved in the event the determination of unenforceability in favor of State Farm is reversed, vacated, or

1  otherwise altered (See *Liquid Dynamics Corp. v. Vaughn Co., Inc.*, 355 F.3d 1361, 1370-71 (Fed. Cir. 2004));

4. On Counter-Plaintiff State Farm's Third Counterclaim and Seventh Defense for declaratory judgment of unenforceability, judgment of unenforceability is entered in favor of State Farm in view of this Court's Order GRANTING Defendant's Motion for Summary Judgment of June 13, 2012 [Docket No. 51], such that U.S. Patent No. 5,511,122 is declared unenforceable;

5. On Counter-Plaintiff State Farm's Fourth Counterclaim for declaratory judgment of exceptional case on the basis of inequitable conduct in the procurement of the asserted patent right (see this Court's Order DENYING Network Signatures' Motion to Dismiss Fourth Counterclaim [Docket No. 27]), the Court reserves judgment on this counterclaim pending State Farm moving for a declaration of exceptional case under 35 U.S.C. § 285 and attorney fees under Rule of Civil Procedure 54(d); and

6. Pursuant to Federal Rule of Civil Procedure 54, this ORDER constitutes final judgment in this action.  This Court retains jurisdiction to rule upon any motion for reconsideration by Network Signatures or motion by State Farm seeking declaration of exceptional case and/or award of attorneys fees.

IT IS SO ORDERED

Dated: June 29, 2012          By_____

Honorable James V. Selna